Ronald H. Glantz, City Sol., Providence, William Y. Chaika, Cranston, for respondents.

## ORDER

Since the petition for writ of certiorari is not accompanied by adequate supporting material, said petition for certiorari and petitioners' motion for stay are both denied.

## CONKLIN LIMESTONE COMPANY, INC.

v.

## STATE of Rhode Island, W. Edward Wood, Director, Department of Environmental Management.

No. 80–327–M.P.

Supreme Court of Rhode Island.

Jan. 5, 1981.

Gary R. Pannone, Warwick, for plaintiff-respondent.

R. Daniel Prentiss, Chief Legal Counsel, Dept. of Environmental Management, Providence, for defendant-petitioner.

## ORDER

The petition for writ of certiorari is denied.

## Louis V. JACKVONY, Jr. et al.

v.

## Anthony MONAFO et al.

No. 80–502–A.

Supreme Court of Rhode Island.

Jan. 5, 1981.

William A. Gosz, Providence, for plaintiffs-respondents.

Donald J. Nasif, Town Sol., Warren, for defendants-petitioners.

## ORDER

Treating the Town's appeal as a properly filed petition for writ of certiorari, said petition is hereby denied.

BEVILACQUA, C. J., did not participate.

## Louis V. JACKVONY, Jr., et al.

v.

## Anthony MONAFO et al.

No. 80–505–M.P.

Supreme Court of Rhode Island.

Jan. 5, 1981.

William A. Gosz, Providence, for plaintiffs-respondents.

Timothy D. O'Hara, Warren, for defendants-petitioners.

## ORDER

The petition for writ of certiorari is denied.

BEVILACQUA, C. J., did not participate.

## In the Matter of R. J. P.

No. 80–525–M.P.

Supreme Court of Rhode Island.

Jan. 5, 1981.

Michael D. Coleman, Child Advocate, Warwick, Patricia Beede, Rhode Island Legal Services, Inc., for plaintiff-respondent.